1
2
3
4
5
6
7          IN THE UNITED STATES DISTRICT COURT FOR THE
8                  EASTERN DISTRICT OF CALIFORNIA
9
10 UNITED STATES OF AMERICA,            )
                                        )
11               Plaintiff,             )    1: 96 MJ 2185-DLB
                                        )
12      v.                              )
                                        )
13 MICHAEL N. SMITH,                    )
                                        )
14               Defendant.             )
                                        )
15
**ORDER FOR REMISSION OF FINE**
16
     This matter is before the court on the petition of the
17
United States for remission of the unpaid portion of the criminal
18
fine owed by the defendant, in accordance with the provisions of
19
18 U.S.C. § 3573.  The court finds it has jurisdiction over the
20
subject matter and the parties, and having reviewed the petition;
21
     ORDERS that the unpaid portion of the criminal fine imposed
22
against the defendant Michael N. Smith is hereby remitted.
23
24    IT IS SO ORDERED.

25    **Dated:   August 9, 2006**              **/s/ Dennis L. Beck**
   3b142a                              UNITED STATES MAGISTRATE JUDGE
26
27
28

96mj2185..RemittFine.SmithOrder.wpd